JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREET SPIRIT IP LLC, | Case No. 2:23-cv-02252-MCS-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EHARMONY, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Defendant's Motion to Dismiss, it is ordered, adjudged, and decreed that this case is dismissed with prejudice and without leave to amend. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 23, 2023

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1